UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michael Allan Hutchinson,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.
_____/

Case No. 12-13213

Honorable Nancy G. Edmunds

### ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S AUGUST 15, 2013 REPORT AND RECOMMENDATION [10]

Before the Court is the magistrate judge's August 15, 2013 report and recommendation on Plaintiff Michael Allan Hutchinson's application for disability insurance benefits under Title II of the Social Security Act. (Dkt 10.) The magistrate judge recommended granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment.

The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted). The Court nevertheless agrees with the magistrate judge's recommendation. The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation. The Court DENIES Plaintiff's motion for summary judgment and GRANTS Defendant's motion for summary judgment.

So ordered.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: September 10, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2013, by electronic and/or ordinary mail.

                                              s/Johnetta M. Curry-Williams
                                              Case Manager
                                              Acting in the Absence of Carol Hemeyer